Mary C. McSWEENEY

v.

Eugene McSWEENEY.

Court of Appeals of Kentucky.

Dec. 7, 1973.

Rehearing Denied March 8, 1974.

John M. Mayer, Sr., John M. Mayer, Jr., Louisville, for appellant.

W. Scott Miller, Jr., Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner Paul J. Stapleton, Affirming.*

Gilbert CATLETT et al., Appellants,

v.

Ruth Jane Russell MARTIN et al., Appellees.

Court of Appeals of Kentucky.

Sept. 28, 1973.

John D. Darnell, Chancellor, Darnell & Smith, Frankfort, for appellants.

Walter L. Catinna, Earl F. Martin, Jr., Hartford, for appellees.

Opinion of the Court by Special Commissioner HENRY MEIGS, Affirming.*

* Opinion ordered not to be published.

George Lee MORRIS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1974.

George Lee Morris, pro se.

Ed W. Hancock, Atty. Gen., Carl Miller, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

Ronald Louis WATSON, Appellant,

v.

Joyce WATSON, Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Vaughn, Vaughn & Clem, Elizabeth E. Vaughn, Henderson, for appellant.

Morris Lowe, Bowling Green, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*